**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7382**

---

ROOSEVELT ISAAC,

Plaintiff - Appellant,

versus

P. DOUGLAS TAYLOR; NATHANIEL WATSON; JOE
BLACK,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-94-2003-3-19-BC)

---

Submitted:  January 11, 1996         Decided:  January 24, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Isaac, Appellant Pro Se.  Joseph Crouch Coleman, Columbia,
South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Isaac v. Taylor, No. CA-94-2003-3-19-BC (D.S.C. Aug. 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED